**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**TONY SHOWS**                                                                      **PETITIONER**

**V.**                                                                      **NO. 3:26-cv-185-MPM-JMV**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.**                 **RESPONDENTS**

**ORDER**

The Petitioner, Tony Shows has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. Doc. [1]. The Petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 7th day of July, 2026.


/s/ Jane M Virden
UNITED STATES MAGISTRATE JUDGE